

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 11-10341-DPW |
|---|---|
| DEFENDANT<br>JAMES S. SAKKOS | TYPE OF PROCESS<br>Final Order of Forfeiture In Partial Satisfaction of Money Judgment (Personal Properties) |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

one black 2006 Audi A4, bearing vehicle identification number WAUDF78E86A204764 and Massachusetts Registration 325NS7

Address (Street or RFD / Apt. # / City, State, and Zip Code)

---

Send NOTICE OF SERVICE copy to Requester:

VERONICA M. LEI, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
|---|---|
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-described property in accordance with the attached Final Order of Forfeiture in Partial Satisfaction of Money Judgment (Personal Properties), Settlement Agreement, and applicable law.

LLx3373

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>June 4, 2013 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date 12/18/13 |
|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date 12/18/13 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>7/9/13 | Time of Service [ ] AM [ ] PM |
|---|---|---|

Signature, Title and Treasury Agency

Vito Hilly, AFC, IRS-CI

**REMARKS:** Sold for $10,395 at auction. Deposited into TFF

TD F 90-22.48 (6/96)

☐ RETURN TO COURT  ☐ FOR CASE FILE  ☐ LEAVE AT PLACE OF SERVICE  ☐ FILE COPY